IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )      8:02CR296
                             )
      v.                     )
                             )
LUIS PEREZ,                  )      ORDER
                             )
           Defendant.        )
_____)
```

The Court has been advised that defendant wishes to enter an plea.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, December 16, 2005, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.

DATED this 1st day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court