IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR296 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after hearing with defendant present concerning his oral request for new counsel. The Court admonished defendant he has not yet furnished any reasons that such a motion should be granted. However, defendant was advised he may file a formal motion requesting new counsel. The Court notes defendant has previously filed a written waiver of speedy trial (Filing No. 13). Accordingly,

IT IS ORDERED:

1) Defendant's oral request for new counsel is denied without prejudice, subject to defendant's filing of a written motion.

2) Trial of this matter is scheduled for:

**Monday, January 30, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached. The ends of justice will be served by continuing this case and outweigh the interests of the public and the

defendant in a speedy trial. The additional time between December 21, 2005, and January 30, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court