IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR296 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The Court has been advised defendant wishes to enter a

plea.  Accordingly,

    IT IS ORDERED that a Rule 11 hearing is scheduled for:

              **Friday, March 10, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it

may be reached.

    DATED this 8th day of March, 2006.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                        LYLE E. STROM, Senior Judge
                        United States District Court