IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR296 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's petition for writ of error coram nobis to withdraw plea of guilty and vacate judgment (Filing No. 34). The Court has reviewed the petition and finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's petition on or before October 8, 2010.

DATED this 15th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court